UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD N. KUMIYAMA,

    Petitioner,

v.

G. D. LEWIS, Warden,

    Respondent.

Case No. 13-cv-03265-JST (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 2, 2015, the Court granted respondent's motion to dismiss and directed petitioner file an amended petition within thirty days. The Court warned petitioner that a failure to file his amended petition in a timely manner would result in dismissal of this action without prejudice. More than thirty days have passed, and petitioner has not filed an amended petition or otherwise communicated with the Court. Accordingly, this case is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 23, 2015

JON S. TIGAR
United States District Judge